JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO ANTONIO SOLORZANO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ALSCO INC. (DOING BUSINESS IN CALIFORNIA AS "STEINER CORPORATION"), a Nevada corporation. and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: CV 21-3690-SVW-JC<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Assigned for all purposes to the Honorable Judge Stephen V. Wilson<br><br>Action filed: May 19, 2021<br>Removal Date: April 30, 2021 |

On November 5, 2021, Plaintiff Guillermo Antonio Solorzano and Defendant Alsco, Inc., through counsel, filed a Stipulation for Dismissal with

1  Prejudice. Based on the stipulation of the parties and good cause appearing
2  therefore, it is HEREBY ORDERED that the above-captioned matter is hereby
3  dismissed with prejudice in its entirety pursuant to Fed.R.Civ.P. Rule
4  41(a)(1)(A).; and all parties shall bear their own attorney's fees and costs.

DATED: Novemvber 8, 2021

_____
Hon. Stephen V. Wilson
United States District Judge

# PROOF OF SERVICE

On November, 2021, I caused the foregoing document titled [PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE to be filed and served via the Court's electronic filing system on the interested parties in this action as follows:

 Ramin R. Younessi, Esq. (SBN 175020)
 Samuel Geshgian, Esq. (SBN 300470)
 Bryce Bommer, Esq. (SBN 313846)
 Eduardo Balderas, Esq. (SBN 322589)
 LAW OFFICES OF RAMIN R. YOUNESSI
 A PROFESSIONAL LAW CORPORATION
 3435 Wilshire Boulevard, Suite 2200
 Los Angeles, California 90010
 Telephone: (213) 480-6200
 Facsimile: (213) 480-6201
 Attorneys for Plaintiff,
 GUILLERMO ANTONIO SOLORZANO

         */s/ Scott M. Petersen*